# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2019

159894

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DANIEL MARK MYSLENSKI,
      Defendant-Appellant.

_____/

SC: 159894
COA: 347187
Montcalm CC: 2018-023805-FH

On order of the Court, the application for leave to appeal the May 23, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      CAVANAGH, J. (*concurring*).

      I concur in the denial of leave to appeal where this defendant seeks interlocutory review of the trial court's denial of his motion to suppress results of a blood test because "[t]o the extent that the passage of time reduces the probative value of the test, the diminution goes to weight, not admissibility, and is for the parties to argue before the finder of fact." *People v Wager*, 460 Mich 118, 126 (1999). However, here, where the passage of time appears to have been more than four hours, for the results to be more prejudicial than probative under MRE 403 the results may need to be accompanied by some explanation of how to infer blood alcohol level at the time of the accident. See *id*. at 124-125.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2019

Clerk

a1001